UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**ANTHONY G. ESQUIBEL**,

    **Plaintiff,**

v.

**CVS PHARMACY/CVS CAREMART CORPORATION**,

    **Defendants.**                                                             No. 13-cv-1049-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 29, 2014, this case is **DISMISSED** with prejudice.

                                    JUSTINE FLANAGAN,
                                    ACTING CLERK OF COURT


                              BY:   /s/*Caitlin Fischer*
                                        **Deputy Clerk**

Dated:   August 4, 2014

Digitally signed by David R. Herndon
Date: 2014.08.04 17:01:50 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT